UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMELA BAUGHER,<br><br>                    Plaintiff,<br><br>            v.<br><br>BANK OF AMERICA,<br><br>                    Defendant. | CASE NO. C06-936JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Plaintiff did not pay a filing fee when she filed her complaint in this action. By letter dated July 19, 2006, the Clerk of Court advised her to pay her filing fee or submit an application to proceed *in forma pauperis*. The letter advised her to act no later than August 19, 2006.

Plaintiff has not paid a filing fee, applied to proceed *in forma pauperis*, or otherwise responded to the July 19 letter. The court therefore DISMISSES this action.

Filed and entered this 22nd day of August, 2006.

                                        BRUCE RIFKIN, Clerk

                                            s/Mary Duett
                                    By
                                        Deputy Clerk

MINUTE ORDER